IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DILLON DAMRON,<br><br>    Plaintiff,<br><br>v.<br><br>SUNFLOWER LIMITED, et al.,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:25-cv-00992<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Now before the court is Defendants Sunflower Ltd. and Sunflower Technology, Inc. (collectively, Sunflower)'s Motion to Compel Arbitration.[1]  Plaintiff Dillon Damron does not oppose the Motion.[2]  For the reasons explained in the Motion, finding good cause therein and in light of Damron's non-opposition, the Motion is GRANTED.[3]  Damron IS HEREBY ORDERED to submit his claims to arbitration.  This case is STAYED pending the outcome of the arbitration.  Sunflower is ORDERED to file a Status Report every 120 days updating the court as to the status of the arbitration proceedings.  The first report is due on October 31, 2026. Within 14 days of the parties' arbitration, Sunflower must submit a final report stating the outcome of the arbitration and advising the court of any actions it may need to take moving forward.

---

[1] Dkt. 15, *Defendants' Motion to Compel Arbitration* (*Motion*).

[2] Dkt. 24, *Notice of Non-Opposition to Motion to Compel Arbitration and to Stay Case (ECF No. 15)*.

[3] Dkt. 15.

SO ORDERED this 6th day of July 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge